IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 13 |
| | : | |
| COURTNEY M. BATES | : | CASE NO. 19-13175-amc |
| Debtor | : | |

## CERTIFICATE OF NO RESPONSE

I certify that I have received no response from the attorney for the Debtor or the Trustee to the Motion for Relief from Stay and respectfully request this Honorable Court grant the Motion without a hearing.

DOUGLAS J. SMILLIE

FITZPATRICK LENTZ & BUBBA, P.C.
4001 Schoolhouse Lane
P. O. Box 219
Center Valley, PA 18034-0219
(610) 797-9000

Dated: October 11, 2019        By:    */s/ Douglas J. Smillie*
                                             Attorney for M&T Bank