IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 13 |
| | : | |
| COURTNEY M. BATES | : | CASE NO. 19-13175-amc |
| Debtor | : | |

**ORDER**

Upon consideration of the Motion of M&T Bank, it is hereby

ORDERED that M&T Bank shall be granted relief from the automatic stay pursuant to Section 362 of the Bankruptcy Code to permit it to enforce its rights and remedies under state law with respect to the 2011 Ford Escape described in the Motion.

BY THE COURT:

**Date: October 30, 2019**  _____
Ashely M. Chan, B.J.

Distribution list:

Courtney M. Bates
129 N. Llanwellyn Avenue
Glenolden, PA 19036
Debtor

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Lawrence S. Rubin, Esq.
337 West State Street
Media, PA 19063
Attorney for Debtor

Douglas J. Smillie
Fitzpatrick Lentz & Bubba, P.C.
P. O. Box 219
Center Valley, PA  18034-0219